IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCY J. B., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-00783-E-BN |
| | § | |
| ANDREW M. SAUL, | § | |
| Commissioner of Social | § | |
| Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 3, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge [Dkt. No. 23] ("Report") was entered, recommending that the Court reverse the Commissioner's decision, and remand the case for further administrative proceedings.

After reviewing the briefs, file, record in this case, and Report, the Court determines that the Magistrate Judge's findings and conclusions are correct and accepts them as those of the Court. Accordingly, the Commissioner's decision is REVERSED; and this case is REMANDED for further proceedings consistent with the Magistrate Judge's Report.

SO ORDERED this 19th day of August, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE